AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations   OB/sw
Sheet 1

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Mississippi_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

ANDREW C. McINNIS

Case Number:  3:99cr3LN
USM Number:  05343-043

Defendant's Attorney:  Kathy Nester
200 S. Lamar Street, Suite 100-S
Jackson, MS 39201

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) __standard and special conditions__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Cond. 2 | Failed to report as instructed and to submit written monthly report forms | 10/06/04 |
| Special Cond. (b) | Failed to make monthly installment payments of $50 towards court ordered restitution | 10/06/04 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 2, 2006
Date of Imposition of Judgment

[signature]
Signature of Judge

Tom S. Lee, U.S. District Judge
Name and Title of Judge

3/22/06
Date

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 2 3 2006
J T NOBLIN, CLERK
BY _____ DEPUTY

Judgment — Page   2   of   2

DEFENDANT:       ANDREW C. McINNIS
CASE NUMBER:     3:99cr3LN

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
   Six (6) months

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshals. The defendant will be transported to Grenada Jail by the U.S. Marshals on 03/06/06.
☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL